UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*[Miami Division]*
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 13-14292-PGH |
| | Chapter 7 |
| GO and GO, M.D., P.A., | |
| Debtor(s). | |
| _____/ | |
| NICOLE TESTA MEHDIPOUR, | |
| Plaintiff, | **Adv. Proceeding No.: 15-01369-PGH** |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendant(s). | |
| _____/ | |

### NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANT'S BANK OF AMERICA'S MOTION TO DISMISS [ECF 6]

Defendant, Bank of America Corporation, through counsel, hereby provides this notice of its withdrawal, without prejudice, of its Motion to Dismiss Chapter 7 Trustee's Adversary Complaint to Avoid Fraudulent Transfers and To Recover Property Transferred Pursuant to 11 U.S.C. §550 [ECF 6], filed on June 17, 2015.

Respectfully submitted,

 /s/ Laudy Luna Perez
J. Randolph Liebler (FBN 507954)
Email: jrl@lgplaw.com
Laudy Luna (FBN 044544)
Email: llp@lgplaw.com
Liebler, Gonzalez & Portuondo
Courthouse Tower - 25th Floor
44 West Flagler Street

LIEBLER, GONZALEZ & PORTUONDO
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130  (305) 379-0400

CASE NO. 13-14292-PGH  
Chapter 7  
**Adv. Proceedings No. 15-01369-PGH**

Miami, FL 33130  
Tel: (305) 379-0400  
Fax: (305) 379-9626  
*Attorneys for Bank of America Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on <u>2nd</u> day of July 2015, a copy of the *Motion to Withdraw* was served via the Court's electronic case filing system on all of those parties receiving electronic notice in the above-referenced case and via U.S. Regular Mail to the following parties:

| | |
|---|---|
| *Plaintiff:* | *Counsel for Plaintiff:* |
| Nicole Testa Mehdipour | Michael Foster |
| c/o Kristopher Aungst, Esq. | Tripp Scott |
| 110 SE 6th St. 15 Floor | 110 S.E. Sixth Street |
| Fort Lauderdale, FL 33301 | Suite 1500 |
| | Fort Lauderdale, FL 33301 |

<u>/s/ Laudy Luna Perez</u>  
LAUDY LUNA PEREZ